```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
------------------------------ x
OLIVIA J. COOLEY,
                                       Civil No. 3:17cv1343(AWT)
     Plaintiff,

v.

BANK OF AMERICA, N.A.,

     Defendant.
------------------------------ x
```

## ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before December 5, 2017.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before December 5, 2017.

The deadline set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 19th day of October, 2017.

                                          /s/AWT
                                     Alvin W. Thompson
                                 United States District Judge